UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-01905 JAK (Ex) | Date | June 10, 2019 |
| Title | Adolfo Lipkus v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Miriam Baird |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Deepa Talwar (via teleconference) | Dean A. Reeves |

**Proceedings:**      **PLAINTIFF'S MOTION FOR REMAND (DKT. 11)**

                           **SCHEDULING CONFERENCE**

The motion hearing is held. There is no appearance on behalf of Defendant NBS Default Services, LLC. The Court states its tentative views that it is inclined to deny Plaintiff's Motion for Remand (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The scheduling conference is held. The Court has reviewed the parties' May 28, 2019 Amended Joint Report and sets the following deadlines:

| | |
|---|---|
| August 30, 2019: | Last day to amend or add parties |
| June 11, 2019: | Deadline to contact Magistrate Judge Charles F. Eick to schedule a date for the mediation/settlement conference. |
| November 15, 2019: | Last day to participate in a settlement conference/mediation |
| November 20, 2019: | Last day to file notice of settlement / joint report re settlement |
| December 2, 2019 at 1:30 p.m.: | Post Mediation Status Conference |
| February 3, 2020: | Non-Expert Discovery Cut-Off |
| February 17, 2020: | Initial Expert Disclosures |
| March 2, 2020: | Rebuttal Expert Disclosures |
| March 16, 2020: | Expert Discovery Cut-Off |
| March 16, 2020: | Last day to file All Motions *(including discovery motions)* |

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-01905 JAK (Ex) | Date | June 10, 2019 |
| Title | Adolfo Lipkus v. Wells Fargo Bank, N.A., et al. | | |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with Magistrate Judge Charles F. Eick. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference and to comply with all orders issued by Judge Eick with respect to the settlement conference process. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on December 2, 2019, if such notice is filed on or before November 20, 2019. If a notice of settlement is not filed, counsel shall file a joint report by November 20, 2019, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

cc:  Magistrate Judge Charles F. Eick

|  | : | 18 |
|---|---|---|
| Initials of Preparer | ak | |